UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHIP GANASSI RACING,<br><br>Plaintiff,<br><br>v.<br><br>ALEX PALOU MONTALBO and ALPHA RACING, SL,<br><br>Defendants. | Case No. 1:22-cv-01514-RLY-DML |

**DEFENDANTS' NOTICE OF INTENT TO RESPOND TO
PLAINTIFF'S MOTION FOR IMMEDIATE REMAND**

Defendants, Alex Palou Montalbo and Alpha Racing, SL, by counsel, respectfully notify the Court of their intent to respond to *Plaintiff's Motion for Immediate Remand for Defective Removal Notice* (the "Removal Opposition") (Dkt. 15). In order to facilitate the Court's review of these issues, Defendants will file a response to Plaintiff's Removal Opposition and supplement Defendants' Notice of Removal (Dkt. 1) by no later than the close of business on Wednesday, August 3, 2022.

Notably, in its Removal Opposition, Plaintiff does not deny that diversity jurisdiction is proper and does not deny any of the facts on which Defendants' removal was based. Nonetheless, Defendants have requested that Plaintiff disclose its member(s) and its member(s)'s citizenship by noon on Wednesday, August 3, 2022, and will incorporate that information into Defendants' response to the Removal Opposition.

Respectfully submitted,

/s/ *Andrew W. Hull*
Andrew W. Hull (11218-49)
Riley H. Floyd (34014-29)
HOOVER HULL TURNER LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
Phone: (317) 822-4400
Fax: (317) 822-0234
Email: awhull@hooverhullturner.com
          rfloyd@hooverhullturner.com

Rachel E. Epstein*
Donald J. Reinhard, II*
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Phone: (212) 849-7000
Fax: (212) 849-7100
Email: rachelepstein@quinnemanuel.com
          donaldreinhard@quinnemanuel.com

* Motion Requesting *Pro Hac Vice* Admission pending

*Attorneys for Defendants Alex Palou Montalbo and ALPA Racing, SL*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing document was filed and served on all counsel of record via the court's electronic case management system on August 1, 2022.

<u>s/ Andrew W. Hull</u><br>
Counsel for Defendants