IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHIP GANASSI RACING, LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) Case No. 1:22-cv-1514-RLY-DML |
| ALEX PALOU MONTALBO and ALPA RACING, SL, | ) ) ) |
| Defendants. | ) |

**ORDER ACKNOWLEDGING WITHDRAWAL OF MOTION**

The Court acknowledges Plaintiff's Withdrawal of Motion to Remand, and deems that Motion [ECF15] to be withdrawn.

All of which is ORDERED this ___ day of _____, 2022.