UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHIP GANASSI RACING, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-01514-RLY-DML |
| | ) |
| ALEX PALOU MONTALBO, et al., | ) |
| | ) |
| Defendants. | ) |

## Order Setting Status Conference

Based on the plaintiff's withdrawal of its motion for remand and its responses to the allegations in the defendants' notice of removal (Dkt. 23), the court will proceed with its diversity jurisdiction established. This case is set for a status and scheduling conference, by telephone, on August 9, 2022, at 2:30 p.m. (Eastern) before Magistrate Judge Debra McVicker Lynch. The court will contact counsel by separate email through the court's electronic filing system with the call-in information to be used to participate in the conference.

The primary purposes of the conference are to address (1) the plaintiff's motion for expedited discovery (Dkt. 13) and any other necessary discovery in advance of a hearing on the motion for preliminary injunction (Dkt. 11); (2) a briefing schedule for the motion for preliminary injunction; (3) the time necessary for a hearing; (4) the court's continued maintenance of filings under seal in light of governing authority; and (5) the potential for a negotiated resolution of the motion for preliminary injunction and this action.

The request (Dkt. 23) to withdraw the motion for remand is **granted**; the

motion at Dkt. 15 is **withdrawn**.  The motion for status and scheduling conference (Dkt. 12) is **granted** as set forth above.

    So ORDERED.

Date: 8/3/2022

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana


Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system