UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CHIP GANASSI RACING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-01514-RLY-DML |
| | ) | |
| ALEX PALOU MONTALBO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## Order Resetting Status Conference

The court RESETS the August 9, 2022 status conference for August 11, 2022, at 3:00 p.m. (Eastern) before Magistrate Judge Debra McVicker Lynch. Counsel should call 877-402-9753, access code 4693226 to participate in the conference. All other provisions of the court's scheduling order (Dkt. 27) remain in effect.

So ORDERED.

Date: 8/8/2022

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system