UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHIP GANASSI RACING, <br><br> Plaintiff, <br><br> v. <br><br> ALEX PALOU MONTALBO and ALPA RACING, SL, <br><br> Defendants. | Case No. 1:22-cv-01514-RLY-DML |

**ORDER SETTING EXPEDITED SCHEDULE**

This case is before the Court on Plaintiff's Request for Prompt Hearing on Preliminary Injunction (Dkt. 12) and Motion for Expedited Discovery (Dkt. 13) (the "Motions"). The Court, having reviewed Plaintiff's Motions and Defendants' Consolidated Response to Plaintiff's Motions for Expedition (Dkt. 29), hereby sets the following expedited schedule:

| Event | Date |
|---|---|
| Motion to Dismiss | Wed., Sept. 14 |
| Discovery Requests Served | Mon., Sept. 19 |
| Responses to Discovery Requests | Mon., Sept. 26 |
| Substantial Completion of Document Production | Tues., Oct. 4 |
| Completion of Fact Deposition (& Fact Discovery Closes) | Tues., Oct. 11 |
| Expert Reports | Fri., Oct. 14 |
| Rebuttal Expert Reports | Fri., Oct. 19 |
| Completion of Expert Depositions | Fri., Oct. 21 |
| Plaintiff's Updated PI Brief | Mon., Oct. 24 |
| Defendants' PI Opposition | Fri., Oct. 28 |

| PI Hearing | Week of Oct. 31 |

Dated: _____

                                      _____
                                      Magistrate Judge
                                      United States District Court
                                      Southern District of Indiana

Distribution to all counsel of record via the Court's case management system.