UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHIP GANASSI RACING, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-01514-RLY-DML |
| | ) |
| ALEX PALOU MONTALBO, et al., | ) |
| | ) |
| Defendants. | ) |

## Entry from Status Conference

The parties, by counsel, appeared for a telephone status conference on August 11, 2022, with the magistrate judge. The deadline for filing the brief required by Local Rule 5-11 is extended and will be re-set in a future scheduling order.

Date: 8/12/2022

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system