# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

CHIP GANASSI RACING,

                Plaintiff,

       v.

ALEX PALOU MONTALBO and
ALPA RACING, SL,

                Defendants.

**REDACTED VERSION OF
PREVIOUSLY FILED ECF 7**

Case No: 1:22-cv-1514

## OPERATIVE COMPLAINT

**[FILED UNDER SEAL]**

Respectfully submitted,

/s/ Andrew W. Hull
Andrew W. Hull, Atty. No. 11218-49
awhull@hooverhullturner.com
Riley H. Floyd, Atty. No. 34014-29
rfloyd@hooverhullturner.com
HOOVER HULL TURNER LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN  46244-0989
Tel:  317-822-4400
Fax:  317-822-0234

Rachel E. Epstein*
rachelepstein@quinnemanuel.com*
Donald J. Reinhard, II*
donaldreinhard@quinnemanuel.com*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: 212-849-7000
Fax: 212-849-7100

* Motion Requesting Pro Hac Vice Admission
to be filed

*Attorneys for Defendants, Alex Palou Montalbo
and ALPA Racing, SL*

# INDIANA COMMERCIAL COURT

| | | |
|---|---|---|
| STATE OF INDIANA | ) | MARION SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION, ROOM NO. 1 |
| COUNTY OF MARION | ) | CAUSE NO. 49D01-2207-PL-_____ |

| | |
|---|---|
| CHIP GANASSI RACING, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALEX PALOU MONTALBO, and | ) |
| ALPA RACING, SL, | ) |
| | ) |
| Defendants. | ) |

# PLAINTIFF'S VERIFIED COMPLAINT

# Confidential Per Access to Court Records Rule 5 – Not for Public Access

# INDIANA COMMERCIAL COURT

| | | |
|---|---|---|
| STATE OF INDIANA | ) | MARION SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION, ROOM NO. 1 |
| COUNTY OF MARION | ) | CAUSE NO.  49D01-2207-PL-_____ |

| | |
|---|---|
| CHIP GANASSI RACING, LLC, | ) |
| | ) |
| Plaintiff, | ) **NOT FOR PUBLIC ACCESS** |
| | ) |
| v. | ) |
| | ) |
| ALEX PALOU MONTALBO, and | ) |
| ALPA RACING, SL, | ) |
| | ) |
| Defendants. | ) |

## VERIFIED COMPLAINT FOR INJUNCTIVE RELIEF

Plaintiff Chip Ganassi Racing, LLC ("Ganassi") for its Verified Complaint for Injunctive Relief against Alex Palou Montalbo ("Palou") and ALPA Racing, SL ("ALPA"), states as follows:

**I.      Jurisdiction and Venue**.

1.      This Court has subject-matter jurisdiction over this matter, and personal jurisdiction over Defendants.

2.      The Parties executed a Driver Agreement providing that ███████████████ ████████████████████████████████████████████████████ ████████████████████████████████████." (*See* Driver Agreement [a true and accurate copy of which is attached as Exhibit 1], ¶ 19; *see also* Sponsorship Agreement [a true and accurate copy of which is attached as Exhibit 2], ¶ 5(D).)  The Driver Agreement further states that "[t]his … Agreement and any disputes arising hereunder shall be governed by and construed under the laws of the State of Indiana without reference to its principles of conflicts of laws." (Ex. 1, ¶ 25.)

1

3.      This action is eligible for assignment in the Commercial Court pursuant to Rules 2(C) and 2(E) of the Indiana Commercial Court Rules.  This action is appropriately before the Commercial Court.

## II.      Parties.

4.      Ganassi is an Indiana domestic limited liability company created in 2014, and has its principal office address in Marion County, Indiana.

5.      On information and belief, Palou has established a residence in the Indianapolis metropolitan area.

6.      On information and belief, ALPA is located in Barcelona, Spain.

## III.      Factual Background.

### A.  The dispute.

7.      This is a straightforward dispute involving a professional race-car driver's contractual and other obligations to provide services.  The driver, Alex Palou, and the entity holding exclusive rights to contract on his behalf, ALPA, signed a Driver Agreement and Sponsorship Agreement with Ganassi.  Among other things, Palou agreed to race and provide other services for Ganassi's IndyCar team from November 1, 2020, until December 31, 2022—or, if Ganassi provided written notice of extension—until December 31, **2023**.

8.      Ganassi provided such notice by letter dated July 11, 2022.  The Agreements are thus extended, as of July 11, through the end of 2023.  Yet within 48 hours after the extension notice, various sources such as lawyers for Palou and ALPA informed Ganassi that Palou intends not to honor the extension.  They did not—because they cannot—venture to explain how the contractual extension through 2023 was somehow invalid.  Instead, they claimed that Palou will leave Ganassi after the 2022 season and join another racing team, McLaren.  This is a clear repudiation and violation of the Agreements, inflicting irreparable harm on Ganassi.  Thus, to remedy and mitigate the irreparable injury to

2

**Confidential Per Access to Court Records Rule 5 - Not for Public Access**

Ganassi—from a prominent driver skipping an entire year of obligations and instead defecting to a competitor—Ganassi seeks preliminary and permanent injunctive relief as discussed in this Complaint.

**B. Before contracting with Ganassi, Palou had raced a single IndyCar season, placing 16th.**

9. On information and belief, in 2019, after placing 15th in a non-IndyCar racing event (Super GT – GT300), Palou tested out an IndyCar. Palou then joined IndyCar team Dale Coyne Racing, and in his IndyCar debut the following year, in the 2020 Genesys 300, he took 23rd place. He competed in another 13 races that season, and finished the year ranked 16th overall.

10. First place in the 2020 season went to the Scott Dixon team fielded by Ganassi, which is an American auto racing organization that fields teams in, among other series, IndyCar. Since Ganassi's 1990 founding by former race driver Chip Ganassi, the organization has won 19 driver championships, including 10 in IndyCar, *via* teams featuring Scott Dixon, Dario Franchitti, and others.

11. A key part of Ganassi's success is finding driver talent; investing time, resources, and effort to refine it; and providing world-class crew/team members, tools, and equipment.

12. In keeping with that approach, Ganassi weighed the prospect of hiring the 23-year-old Palou coming off his freshman IndyCar season.

13. Effective November 1, 2020, shortly after Ganassi won the 2020 IndyCar season, Ganassi entered a contract under which Palou would help the team continue its success for the next two years—or, if extended by Ganassi, the next three.

**C. Palou executes Driver Agreement and Sponsorship Agreement, ████████████** ████████████████████████████████████ ███████

14. Effective November 1, 2020, Ganassi executes two Agreements—a Driver Agreement (Ex. 1) and Sponsorship Agreement (Ex. 2) (collectively, "the Agreements")—with ALPA Racing, SL, which "has the exclusive rights to provide, and contract for, the services and promotional rights of Alex Palou Montalbo." (Ex 1 at p. 1.)

**Confidential Per Access to Court Records Rule 5 - Not for Public Access**

15.     Palou signed each Agreement as ALPA's "Driver" (Ex. 1 at p. 15; Ex. 2 at p. 10.) He also signed each Agreement's last page, affirming that, *e.g.*, he would "render all services, grant all rights and observe all restrictions necessary" for each Agreement. (Ex. 1 at p. 16 ("I have read, and I am familiar with all of the terms and conditions of the foregoing driver services agreement. I represent, warrant and agree that I shall render all services, grant all rights and observe all restrictions necessary to enable ALPA Racing SL to comply with its obligations thereunder."); *see also* Ex. 2 at p. 11 ("I have read, and I am familiar with all of the terms and conditions of the foregoing Driver Sponsorship Agreement. I represent, warrant and agree that I shall render all services, grant all rights and observe all restrictions necessary to enable ALPA Racing, SL to comply with its obligations thereunder.").)

16.     As the Driver Agreement further states, "neither ALPA nor [Palou] has entered into any agreement whereby [Palou] has obligations that would conflict with the obligations contemplated herein, and has not entered into any other agreement whereby the execution of this agreement could cause a breach." (Ex. 1 at p. 1.)

17.     "[Ganassi] and [Palou]," the Driver Agreement continues, "wish to enter into an agreement whereby [Palou] will provide to [Ganassi] certain services and promotional assets upon the terms and conditions set forth herein." (*Id.*) The Parties desire to "establish[] a mutually beneficial racing and business relationship for the period hereinafter specified." (*Id.*)

### D. The Agreements would expire on December 31, 2022, unless Ganassi chose to extend it for a third year.

18.     The Driver Agreement's term—which the Sponsor Agreement shares (Ex. 2, ¶ 2)—is straightforward. The base term is just over two years; and, if Ganassi so decides, it is extended through a third, final year. Specifically, the base term runs from November 1, 2020, through December 31, 2022. (Ex. 1, ¶ 1.) But Ganassi "shall have the option, exercisable by written notice from [Ganassi] to ALPA on or before September 1, 2022 to extend this Agreement through December

**Confidential Per Access to Court Records Rule 5 -
Not for Public Access**

31, 2023 (the 'Term'); unless terminated earlier pursuant to Section 9 and/or Section 10 hereof or by virtue of the other terms and conditions set forth below." (*Id.*)

19.     In other words, Ganassi—not ALPA or Palou—has sole discretion to extend the Term of the Agreements into a third year, including based on its view of Palou's performance.

### E.  The Agreements entitle Palou to key benefits.

20.     During the Term, the Driver Agreement and Sponsor Agreement confer various key rights, benefits, and consideration upon Palou.



21.     One example is ███████      Ganassi ██████████████████████████
██████████████████████████████████████████████████████████
██████. (Ex. 1, ¶ 4(A).)  In addition, Ganassi ████████████████ (*id.*, ¶ 4(E)),
████████ (Ex. 2, ¶ 3(C)), ████████████████████ (*e.g.*, *id.*, ¶ 4(D)(i)), █████████
██████████████ (Ex. 1, ¶ 4(I)), and so on.

22.     Ganassi also ████████████████████████. This includes, *inter alia*, ████████
██████████████████. (Ex. 1, ¶ 2.)  It also includes ████████████
████████████████. (*Id.*)

### F.  Palou agrees to honor various obligations.

23.     ███ ████████ ██ ██ ██████ ████████ ████████ ███ ████ ████ ████████
██████████████████████████████████████████████

24.     Chief among them is Palou's duty to race for Ganassi during the Term. ████████
██████████████████████████████████████████████
████████████████████████████████████████████████████ " (*id.*)—███
██████████████████████████████████████████████
████████████████████████ " (*id.*, ¶ 3(A)). ████████████████████
██████████████████████████████████████████████

**Confidential Per Access to Court Records Rule 5 - Not for Public Access**



....” (*Id.,* ¶ 3(A)).

25.     Palou is to ██████████████████████████████████████████████████

████████████████ (*Id.,* ¶ 3(B).)

26.     Likewise, under Sponsorship Agreement, ████████████████████████

████████████████. (*See, e.g.,* Ex. 2, ¶¶ 1, 4-5.)  The Sponsorship Agreement provides,

for example, that:

   a)   ████████████████████████████████████████████████████████

        ████████████ (*Id.,* ¶ 4(A).)

   b)   ██████████████████████████████████████.” (*Id.,* ¶ 4(D).)

   c)   ████████████████████████████████████████████████████████

        ████████████████████████████████████████████████████████

        (*Id.,* ¶ 4(D)(v).)

   d)   ████████████████████████████████████████████████████████

        ████████████████████████████████████████████████████████

        ████████████████████████████████████████████████████████

        ██████████████████████.” (*Id.,* ¶ 4(D)(viii).)

27.     On the flipside, and consistent with his pledge to drive and perform sponsorship-related and

other services for Ganassi, Palou also agreed **not** to do certain things.  Key examples are set forth in

the following paragraphs as indicated.

**Confidential Per Access to Court Records Rule 5 -
Not for Public Access**

28.    ***First***, Palou agreed not to engage in "race car driving" for other teams, absent Ganassi's prior written approval.  Specifically, under the Driver Agreement's Section 16(B):  "ALPA represents that **[Palou] has exceptional and unique skill and ability and identity as a professional race car Driver**; that **[Palou's] services to be rendered hereunder are of a special, unusual and extraordinary character which gives them peculiar value which cannot be reasonably or adequately compensated for in damages at law**; and that ALPA's breach of this Driver Agreement will cause [Ganassi] great and irreparable injury and damage. ALPA agrees that, in addition to other remedies, [Ganassi] shall be entitled to injunctive and other equitable relief to prevent a breach of this Driver Agreement by ALPA or [Palou] including, among others, **the right to enjoin [Palou] from race car driving for any other person, entity or organization during the term of this Driver Agreement, unless otherwise agreed to in writing in advance by** [Ganassi]."  (Ex. 1, ¶ 16(B) (emphasis added).)

29.    ***Second***, relatedly, Palou agreed not to engage in certain motor racing activity, absent Ganassi's prior written approval.  That is, under the Driver Agreement's Section 18:  "The parties agree that this is an exclusive personal services contract and, accordingly, ALPA shall not provide [Palou's] services for testing, practicing, qualifying or racing in any motor racing activity or related activity other than those specified and/or contemplated in this Agreement for any other person, firm, corporation, or entity during the Term of this Agreement as it may be extended without first securing [Ganassi's] prior written approval, which shall not be unreasonably withheld, conditioned, or delayed."  (*Id.*, ¶ 18.)

30.    ***Third***, Palou agreed not to negotiate with third-parties during a specified portion of the Term. That is, under the Driver Agreement's Section 1:  "Until September 1, 2022, and, if [Ganassi] exercises its option to extend the Term through 2023, then until September 1, 2023, [Ganassi] shall have the exclusive right to negotiate with ALPA for [Palou's] driving services and promotional rights beginning after the Term, and ALPA and [Palou] agree that they shall not directly or indirectly negotiate for or

**Confidential Per Access to Court Records Rule 5 - Not for Public Access**

make any agreement to provide the professional services of [Palou] in any motorsports-related capacity after the Term with any third party until after such date."  (*Id.*, ¶ 1.)

31.   ***Fourth***, relatedly, ████████████████████████████████████████ ████████ Specifically, ██████████████████████████████████████████████ ██████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████ ██████████████████████████ (*Id.*, ¶ 22.)

32.   ***Fifth***, after noting ██████████████████████████████████████ ██████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████ ████████████████████████████████████████████. (*Id.*, ¶ 8(A).)  NTT Data and PNC Bank are among the Ganassi sponsors whose name has appeared on the Ganassi car that Palou has driven numerous times since joining the team.

33.   ***Sixth***, the Sponsorship Agreement grants Ganassi certain rights and licenses.  For example:

   a)   Section 1 of the Sponsorship Agreement grants to Ganassi "the exclusive right and license to use the Driver's Identification"—defined as "the name, signature, voice, likeness, photograph, caricature, image, biographical material and endorsement of [Palou]" (Ex. 2 at p. 1)— "worldwide, in a racing context or for [Ganassi's] sponsors or otherwise as set forth in this

**Confidential Per Access to Court Records Rule 5 - Not for Public Access**

Agreement, in connection with the advertisement, marketing and promotion of [Ganassi] and its sponsors with regard to the 2021, 2022, and 2023 (if [Ganassi] exercises its option to extend the Term) IndyCar Series seasons ….”  (*Id.*, ¶ 1).

b)  Section 1 of the Sponsorship Agreement further states that “ALPA warrants and agrees that they have not authorized, and that during the Team will not authorize, the use of the Driver Identification, nor will [Palou] render services for or be sponsored by any company, entity and or person, without the prior written consent of [Ganassi], which consent shall not be unreasonably withheld.”  (*Id.*)

c)  ████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████  (*Id.*, ¶ 5(A).)

34.  **Seventh**, the Driver Agreement ████████████████████████.  Specifically,
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

(Ex. 1, ¶ 11.)

9

**Confidential Per Access to Court Records Rule 5 -
Not for Public Access**

### G. The Agreements authorize injunctive relief.

35. Aside from those obligations and provisions, Palou agreed that Ganassi could enforce its rights *via* injunctive relief.

36. Specifically, the Driver Agreement states that Palou "has exceptional and unique skill and ability and identity as a professional race car Driver; that [Palou's] services to be rendered hereunder are of a special, unusual and extraordinary character which gives them peculiar value which cannot be reasonably or adequately compensated for in damages at law; and that ALPA's breach of this Driver Agreement will cause [Ganassi] great and irreparable injury and damage. ALPA agrees that, in addition to other remedies, [Ganassi] shall be entitled to injunctive and other equitable relief to prevent a breach of this Driver Agreement by ALPA or [Palou] …." (*Id.*, ¶ 16(B).) The Driver Agreement also affirms that Ganassi "███████████████████████████████████████ █████████████████████████████████████████████████ ████████████ (*Id.*, ¶ 19.)

37. Similarly, the Sponsorship Agreement states that: █████████████████████ ██████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ ██████████████████████████████████████████████ …." (Ex. 2, ¶ 5(D).)

### H. Consistent with the Agreements, Ganassi extends the Term through the end of 2023.

38. Just as Ganassi's Scott Dixon won the 2020 IndyCar season, Ganassi's Palou won the 2021 IndyCar season.

Confidential Per Access to Court Records Rule 5 - Not for Public Access

39.     Amid this continuation of the team's success, which carried into the beginning of the 2022 season as well, Ganassi exercised the contractual option to extend the Driver Agreement and Sponsor Agreement through the end of 2023.

40.     Consistent with the Driver Agreement's Section 1—which notes "the option, exercisable by written notice from [Ganassi] to ALPA on or before September 1, 2022 to extend this Agreement through December 31, 2023 ('Term')"—Ganassi provided such written notice by letter dated July 11, 2022.  Ganassi sent this letter to the mailing and email addresses referenced in the Driver Agreement, and hand-delivered the letter to Palou himself.  A true and accurate copy of this July 11, 2022 letter is attached as Exhibit 3.

41.     Thus, as Ganassi's July 11 letter noted and as the parties agreed in the Driver and Sponsorship Agreements, the as-extended Term ends on December 31, 2023.  (*See* Ex. 3; *accord* Ex. 1, ¶ 1; Ex. 2, ¶ 2.)

42.     Also as the parties agreed, the one-year extension of the Term automatically entails a one-year extension of the period during which Palou and ALPA agreed not to "directly or indirectly negotiate for or make any agreement to provide the professional services of [Palou] in any motorsports-related capacity after the Term with any third party."  (Ex. 1, ¶ 1.)  Pre-extension, this period ran from November 1, 2020, "[u]ntil September 1, 2022"; post-extension, its end date changed to "September 1, 2023."  (*Id.*)

        **I.   Palou and ALPA breach and repudiate contractual obligations**.

43.     Mid-afternoon on July 12, 2022, Ganassi announced that Palou would continue racing for the team through 2023.

44.     Yet, to Ganassi's profound disappointment, Palou stated that he had other plans for 2023.

45.     Within hours of Ganassi's announcement, Palou's Twitter account posted a message that although Palou has "great respect for the [Ganassi] team, and look[s] forward to finishing this season

**Confidential Per Access to Court Records Rule 5 -
Not for Public Access**

strongly together," he "do[es] not intend to continue with the team after 2022." A true and accurate copy of this message is attached as Exhibit 4.

46. Then, within minutes of this post, the Twitter account of a rival racing organization—McLaren—declared that Palou would join them in 2023. A true and accurate copy of this message is attached as Exhibit 5.

47. McLaren has announced plans to run an additional IndyCar in 2023, for a total of 3.

48. Echoing all this, lawyers representing Palou and ALPA sent Ganassi a letter dated July 12, stating that Palou "does not intend to drive for Ganassi after 2022." A true and accurate copy of this July 12, 2022 letter ("Defendants' July 12 Letter") is attached as Exhibit 6.

49. In the same vein, according to an article dated July 13 on McLaren's website, "McLaren Racing has signed champion driver Alex Palou to race for McLaren starting in 2023." A true and accurate copy of a screenshot of this webpage is attached as Exhibit 7.

50. Neither this July 13 article nor Defendants' July 12 Letter attempts to explain how Palou's purported plan to race elsewhere in 2023 could square with his Agreements with Ganassi. Nor could they.

51. Defendants' July 12 Letter shows that Palou and ALPA have breached, are breaching, and will breach various key contractual obligations.

52. **First**, negotiating—let alone executing a contract—with McLaren or any other third-party for Palou's driving services or promotional assets in 2023 plainly breaches the Driver Agreement, and indeed does so regardless whether the Term was extended (which it was). Even before the Term was extended, Section 1 of the Driver Agreement barred Palou and ALPA from "directly or indirectly negotiat[ing] for or mak[ing] any agreement to provide the professional services of [Palou] in any motorsports-related capacity after the Term with any third-party" until "September 1, 2022." (Ex. 1, ¶ 1.) Now that the Term has been extended, Section 1 bars such activity until "September 1, 2023."

12

**Confidential Per Access to Court Records Rule 5 - Not for Public Access**

(*Id.*)  Thus, at no point since November 1, 2020—when the Driver Agreement took effect and Palou and ALPA represented that they had not "entered into any agreement whereby [Palou] has obligations that would conflict with the obligations contemplated herein" (*id.* at p. 1)—has the Driver Agreement permitted ALPA or Palou to negotiate or contract with a third-party for Palou's driving services or promotional rights in 2023 or beyond.

53.  **Second**, any failure to drive for or otherwise render agreed services to Ganassi in 2023—the last year of the agreed Term—plainly violates numerous obligations, including obligations to:



a)  ███████████████████████████████████████████
███████████████████████████████████████████
████████████████████████████" (*id.*, ¶ 3(A)).

b)  ███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████ (Ex. 1, ¶ 3(A).)

c)  ██████████████████████████████████ …." (*Id.*, ¶ 3(B).)

d)  perform the services and activities outlined in Sections 4 and 5 of the Sponsorship Agreement.

e)  ███████████████████████████████████████████
(Ex. 2, ¶ 4(A).)

f)  ██████████████████████████████████." (*Id.*, ¶ 4(D).)

g)  ███████████████████████████████████████████
██████████████████████████████████." (*Id.*, ¶ 4(D)(v).)

**Confidential Per Access to Court Records Rule 5 -
Not for Public Access**

h) "

." (*Id.,* ¶ 4(D)(viii).)

54. **Third**, driving in 2023 for McLaren or any other third-party violates the obligations noted above as well as multiple others, including obligations to refrain from:

a) "race car driving for any other person, entity or organization during the term of this Driver Agreement, unless otherwise agreed to in writing in advance by [Ganassi]." (Ex. 1, ¶ 16(B).)

b) "provid[ing] [Palou's] services for testing, practicing, qualifying or racing in any motor racing activity or related activity other than those specified and/or contemplated in this Agreement for any other person, firm, corporation, or entity during the Term of this Agreement as it may be extended without first securing [Ganassi's] prior written approval …." (*Id.,* ¶ 18.)

55. **Fourth**, if they make good on their threats to abandon Ganassi in 2023 and jump ship to a different racing organization, Palou and ALPA are likely to commit yet additional breaches, including of the following key obligations:

a) Section 1 of the Sponsorship Agreement grants to Ganassi "the exclusive right and license to use the Driver's Identification"—defined as "the name, signature, voice, likeness, photograph, caricature, image, biographical material and endorsement of [Palou]" (Ex. 2 at p. 1)— "worldwide, in a racing context or for [Ganassi's] sponsors or otherwise as set forth in this Agreement, in connection with the advertisement, marketing and promotion of [Ganassi] and its sponsors with regard to the 2021, 2022, and 2023 (if [Ganassi] exercises its option to extend the Term) IndyCar Series seasons …." (*id.,* ¶ 1).

b) Section 1 of the Sponsorship Agreement further states that "ALPA warrants and agrees that they have not authorized, and that during the Team will not authorize, the use of the Driver

14

Identification, nor will [Palou] render services for or be sponsored by any company, entity and or person, without the prior written consent of [Ganassi], which consent shall not be unreasonably withheld." (*Id.*)

c) 

." (*Id.*, ¶ 5(A).)

d)

. (Ex. 1, ¶ 8(A).)

## IV.  Count 1:  Breach of contract – Negotiating and contracting with a third-party.

56.  Ganassi incorporates by reference the allegations set forth in the paragraphs above.

57.  The Driver Agreement and Sponsorship Agreement are valid and enforceable contracts, neither of which has been terminated pursuant to contractual termination provisions, including Sections 9 and 10 of the Driver Agreement.

58.  ALPA, Palou, and Ganassi signed and are bound by the Agreements, and Ganassi has performed its obligations thereunder.

Confidential Per Access to Court Records Rule 5 - Not for Public Access

59.     As alleged above, Palou and ALPA breached, are breaching, and are likely in the future to breach the Agreements in multiple, independent ways.

60.     At a minimum, on information and belief, Palou and/or ALPA have negotiated and contracted with a third-party—at a minimum, McLaren—in violation of Section 1 of the Driver Agreement.

61.     That is, negotiating—let alone executing a contract—with McLaren or any other third-party for Palou's driving services or promotional assets in 2023 plainly breaches the Driver Agreement, and indeed does so regardless whether the Term was extended (which it was).  Even before the Term was extended, Section 1 of the Driver Agreement barred Palou and ALPA from "directly or indirectly negotiat[ing] for or mak[ing] any agreement to provide the professional services of [Palou] in any motorsports-related capacity after the Term with any third-party" until "September 1, 2022."  (Ex. 1, ¶ 1.)  Now that the Term has been extended, Section 1 bars such activity until "September 1, 2023." (*Id.*)

62.     Thus, at no point since November 1, 2020—when the Driver Agreement took effect and Palou and ALPA represented that they had not "entered into any agreement whereby [Palou] has obligations that would conflict with the obligations contemplated herein" (*id.* at p. 1)—has the Driver Agreement permitted ALPA or Palou to negotiate or contract with a third-party for Palou's driving services or promotional rights in 2023 or beyond.

63.     Palou's and ALPA's breaches have caused and will continue to cause Ganassi to suffer damage and harm that was and has been reasonably foreseeable upon and since the Agreements' execution.

64.     Indeed, as the Driver Agreement affirms:

a)  The Driver Agreement is an "exclusive personal services contract" (*id.*, ¶ 18);

b)  Palou "has exceptional and unique skill and ability and identity as a professional race car Driver" (*id.*, ¶ 16(B));

16

**Confidential Per Access to Court Records Rule 5 -
Not for Public Access**

c) Palou's "services to be rendered hereunder are of a special, unusual and extraordinary character which gives them peculiar value which cannot be reasonably or adequately compensated for in damages at law" (*id.*);

d) "breach of this Driver Agreement will cause [Ganassi] great and irreparable injury and damage" (*id.*);

e) "in addition to other remedies, [Ganassi] shall be entitled to injunctive and other equitable relief to prevent a breach of this Driver Agreement by ALPA or [Palou] including, among others, the right to enjoin [Palou] from race car driving for any other person, entity or organization during the term of this Driver Agreement, unless otherwise agreed to in writing in advance by [Ganassi]" (*id.*).

65.     The harm to Ganassi includes, without limit, irreparable harm that cannot be adequately remedied by an award of monetary damages, such as the loss of Palou's exceptional and unique skill and ability and identity as a professional race car driver, particularly one in which Ganassi has invested significant time, effort, and resources; the loss of Palou's driving, sponsorship, and other services, which are of a special, unusual and extraordinary character unable to be adequately compensated for in damages at law; disruption, deterioration, and loss of Ganassi's goodwill, business relationships, and contracts, ███████████████████████████████████████████████ ████████████████████████; imminent deterioration of and interference with Ganassi's rights concerning Palou's name, any derivation of thereof, Palou's signature, voice, likeness, marks, photographs, caricature, image, biographical material, or endorsement, including in connection with any advertising, marketing, promotion, publicity or sales activity of any nature or kind; and the premature defection to a competitor of a driver in whom Ganassi has invested significant time, effort, and resources, and who is privy to Ganassi's advertising and promotional activities, trade secrets, car setups, and strategic and technical information.

17

**Confidential Per Access to Court Records Rule 5 -
Not for Public Access**

V.      **Count 2:  Breach of contract – Repudiation of obligations to drive for and provide certain services and benefits to Ganassi in 2023**

66.      Ganassi incorporates by reference the allegations set forth in the paragraphs above.

67.      The Driver Agreement and Sponsorship Agreement are valid and enforceable contracts, neither of which has been terminated pursuant to contractual termination provisions, including Sections 9 and 10 of the Driver Agreement.

68.      ALPA, Palou, and Ganassi signed and are bound by the Agreements, and Ganassi has performed its obligations thereunder.

69.      As alleged above, Palou and ALPA breached, are breaching, and are likely in the future to breach the Agreements in multiple, independent ways.

70.      Palou's and ALPA's stated intent to not drive for or otherwise provide agreed services or benefits to Ganassi in 2023 is a repudiation of Defendants' obligations under the Agreements.

71.      The failure to drive for or otherwise provide agreed services and benefits to Ganassi in 2023—the last year of the agreed Term—plainly violates numerous obligations, including obligations to:

a)      ███████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████" (*id.*, ¶ 3(A)).

b)      ███████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████...." (*Id.*, ¶ 3(A).)

c)      ████████████████████████████████████████...." (*Id.*, ¶ 3(B).)

d)      ███████████████████████████████████████████████.

18

**Confidential Per Access to Court Records Rule 5 - Not for Public Access**

e) ████████████████████████████████████████████

(Ex. 2, ¶ 4(A).)

f) ████████████████████████████.” (*Id.*, ¶ 4(D).)

g) ████████████████████████████████████████████

████████████████████████████████ (*Id.*, ¶ 4(D)(v).)

h) ████████████████████████████████████████████

████████████████████████████████████████████

████████████████.” (*Id.*, ¶ 4(D)(viii).)

i) ████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████ (Ex. 1, ¶ 8(A).)



72.     Palou's and ALPA's breaches have caused and will continue to cause Ganassi to suffer damage and harm that was and has been reasonably foreseeable upon and since the Agreements' execution.

73.     Indeed, as the Driver Agreement affirms: the Driver Agreement is an "exclusive personal services contract" (*id.*, ¶ 18); Palou "has exceptional and unique skill and ability and identity as a professional race car Driver" (*id.*, ¶ 16(B)); Palou's "services to be rendered hereunder are of a special, unusual and extraordinary character which gives them peculiar value which cannot be reasonably or adequately compensated for in damages at law" (*id.*); "breach of this Driver Agreement will cause [Ganassi] great and irreparable injury and damage" (*id.*); "in addition to other remedies, [Ganassi] shall be entitled to injunctive and other equitable relief to prevent a breach of this Driver Agreement by ALPA or [Palou] including, among others, the right to enjoin [Palou] from race car driving for any

19

**Confidential Per Access to Court Records Rule 5 -
Not for Public Access**

other person, entity or organization during the term of this Driver Agreement, unless otherwise agreed to in writing in advance by [Ganassi]" (*id.*).

74.     The harm to Ganassi includes, without limit, irreparable harm that cannot be adequately remedied by an award of monetary damages, such as the loss of Palou's exceptional and unique skill and ability and identity as a professional race car driver, particularly one in which Ganassi has invested significant time, effort, and resources; the loss of Palou's driving, sponsorship, and other services, which are of a special, unusual and extraordinary character unable to be adequately compensated for in damages at law; disruption, deterioration, and loss of Ganassi's goodwill, business relationships, and contracts, ██████████████████████████████████████████ ████████████████████; and imminent deterioration of and interference with Ganassi's rights concerning Palou's name, any derivation of Palou's name, Palou's signature, voice, likeness, marks, photographs, caricature, image, biographical material, or endorsement, including in connection with any advertising, marketing, promotion, publicity or sales activity of any nature or kind.

## VI.     Count 3:  Breach of contract – Repudiation of obligations to refrain from driving for or providing certain services or benefits to a third-party in 2023.

75.     Ganassi incorporates by reference the allegations set forth in the paragraphs above.

76.     The Driver Agreement and Sponsorship Agreement are valid and enforceable contracts, neither of which has been terminated pursuant to contractual termination provisions, including Sections 9 and 10 of the Driver Agreement.

77.     ALPA, Palou, and Ganassi signed and are bound by the Agreements, and Ganassi has performed its obligations thereunder.

78.     As alleged above, Palou and ALPA breached, are breaching, and are likely in the future to breach the Agreements in multiple, independent ways.

79.     Palou's and ALPA's stated intent to not drive for or otherwise provide agreed services or benefits to Ganassi in 2023 is a repudiation of Defendants' obligations under the Agreements.

20

**Confidential Per Access to Court Records Rule 5 - Not for Public Access**

80. Palou's and ALPA's intent—apparently memorialized in a third-party contract—that Palou drive in 2023 for a third-party—at a minimum, McLaren—is a repudiation of the Agreements that violates not only Section 1 of the Driver Agreement as noted above, but also multiple other obligations, including those to refrain from:

    a) "race car driving for any other person, entity or organization during the term of this Driver Agreement, unless otherwise agreed to in writing in advance by [Ganassi]." (Ex. 1, ¶ 16(B).)

    b) "provid[ing] [Palou's] services for testing, practicing, qualifying or racing in any motor racing activity or related activity other than those specified and/or contemplated in this Agreement for any other person, firm, corporation, or entity during the Term of this Agreement as it may be extended without first securing [Ganassi's] prior written approval …." (*Id.*, ¶ 18.)

81. Palou's and ALPA's above-noted repudiation also threatens and is imminently likely to violate other contractual provisions. For example:

    a) Section 1 of the Sponsorship Agreement grants to Ganassi "the exclusive right and license to use the Driver's Identification"—defined as "the name, signature, voice, likeness, photograph, caricature, image, biographical material and endorsement of [Palou]" (Ex. 2 at p. 1)— "worldwide, in a racing context or for [Ganassi's] sponsors or otherwise as set forth in this Agreement, in connection with the advertisement, marketing and promotion of [Ganassi] and its sponsors with regard to the 2021, 2022, and 2023 (if [Ganassi] exercises its option to extend the Term) IndyCar Series seasons …." (*Id.*, ¶ 1.)

    b) Section 1 of the Sponsorship Agreement further states that "ALPA warrants and agrees that they have not authorized, and that during the Team will not authorize, the use of the Driver Identification, nor will [Palou] render services for or be sponsored by any company, entity and or person, without the prior written consent of [Ganassi], which consent shall not be unreasonably withheld." (*Id.*)

<div align="center">21</div>

**Confidential Per Access to Court Records Rule 5 - Not for Public Access**

c) 

." (*Id.*, ¶ 5(A).)

d)

. (Ex. 1, ¶ 8(A).)

82.     Palou's and ALPA's breaches have caused and will continue to cause Ganassi to suffer damage and harm that was and has been reasonably foreseeable upon and since the Agreements' execution.

83.     Indeed, as the Driver Agreement affirms: the Driver Agreement is an "exclusive personal services contract" (*id.*, ¶ 18); Palou "has exceptional and unique skill and ability and identity as a professional race car Driver" (*id.*, ¶ 16(B)); Palou's "services to be rendered hereunder are of a special, unusual and extraordinary character which gives them peculiar value which cannot be reasonably or adequately compensated for in damages at law" (*id.*); "breach of this Driver Agreement will cause [Ganassi] great and irreparable injury and damage" (*id.*); "in addition to other remedies, [Ganassi] shall be entitled to injunctive and other equitable relief to prevent a breach of this Driver Agreement by ALPA or [Palou] including, among others, the right to enjoin [Palou] from race car driving for any

22

Confidential Per Access to Court Records Rule 5 -
Not for Public Access

other person, entity or organization during the term of this Driver Agreement, unless otherwise agreed to in writing in advance by [Ganassi]" (*id.*).

84.    The harm to Ganassi includes, without limit, irreparable harm that cannot be adequately remedied by an award of monetary damages, such as the loss of Palou's exceptional and unique skill and ability and identity as a professional race car driver, particularly one in which Ganassi has invested significant time, effort, and resources; the loss of Palou's driving, sponsorship, and other services, which are of a special, unusual and extraordinary character unable to be adequately compensated for in damages at law; disruption, deterioration, and loss of Ganassi's goodwill, business relationships, and contracts, ████████████████████████████████████████████ ████████████████████████ imminent deterioration of and interference with Ganassi's rights concerning Palou's name, any derivation of Palou's name, Palou's signature, voice, likeness, marks, photographs, caricature, image, biographical material, or endorsement, including in connection with any advertising, marketing, promotion, publicity or sales activity of any nature or kind; and the premature defection to a competitor of a driver in whom Ganassi has invested significant time, effort, and resources, and who is privy to Ganassi's advertising and promotional activities, trade secrets, car setups, and strategic and technical information.

## VII.    Count 4:  Breach of duty of loyalty / fiduciary duty.

85.    In addition to ████████████████████████████████████████ ████████████████████ (*id.*, ¶ 3(B)), Palou and ALPA owe an independent duty of loyalty or fiduciary duty to Ganassi.

86.    Palou and ALPA have owed, and continue to owe, such a duty to Ganassi during the Term of their contractual relationship with and agency for Ganassi.

87.    Such duty includes, among other things, an obligation to exert best efforts on Ganassi's behalf.

**Confidential Per Access to Court Records Rule 5 -
Not for Public Access**

88.    Defendants have breached such and may well continue to breach it by, *e.g.*, negotiating and entering third-party contracts to provide Palou's services during 2023 and/or beyond.

89.    Palou likewise breached such duty by, *e.g.*, publicly suggesting that he is not under contract with Ganassi in 2023.

90.    Palou's and ALPA's breaches have caused and will continue to cause Ganassi to suffer damage and harm, including, without limit, irreparable harm that cannot be adequately remedied by an award of monetary damages, such as the loss of Palou's exceptional and unique skill and ability and identity as a professional race car driver, particularly one in which Ganassi has invested significant time, effort, and resources; the loss of Palou's driving, sponsorship, and other services, which are of a special, unusual and extraordinary character unable to be adequately compensated for in damages at law; disruption, deterioration, and loss of Ganassi's goodwill, business relationships, and contracts, ██████████████████████████████████████████████████ ██████████████; imminent deterioration of and interference with Ganassi's rights concerning Palou's name, any derivation of Palou's name, Palou's signature, voice, likeness, marks, photographs, caricature, image, biographical material, or endorsement, including in connection with any advertising, marketing, promotion, publicity or sales activity of any nature or kind; and the premature defection to a competitor of a driver in whom Ganassi has invested significant time, effort, and resources, and who is privy to Ganassi's advertising and promotional activities, trade secrets, car setups, and strategic and technical information.

## VIII.    Request for Relief.

Accordingly, given Palou's and ALPA's ongoing and imminent breaches of the Driver Agreement and Sponsorship Agreement, Ganassi requests the following relief:

1.    Preliminary injunctive relief, permanent injunctive relief, and specific performance, requiring Palou and ALPA to comply with obligations to:

**Confidential Per Access to Court Records Rule 5 - Not for Public Access**

a)   drive for Ganassi until the December 31, 2023 expiration of the Agreements' Term;

b)   perform services diligently and faithfully for Ganassi until the Term's December 31, 2023 expiration;

c)   render sponsorship and other services, as set forth in the Sponsorship Agreement's Sections 4 and 5, until the Term's December 31, 2023 expiration;

d)   refrain from race car driving for any other person, entity, or organization until the Term's December 31, 2023 expiration, without Ganassi's prior written approval;

e)   refrain from providing Palou's services for testing, practicing, qualifying or racing in any motor racing activity or related activity other than those specified and/or contemplated in the Driver Agreement for any other person, firm, corporation, or entity until the Term's December 31, 2023 expiration, without Ganassi's prior written approval;

f)   directly or indirectly negotiating for or making any agreement to provide the professional services of Palou in any motorsports-related capacity after the Term with any third party until after September 1, 2023;

g)   ;

h)   refrain from being sponsored by any company, entity, and/or person, until the Term's December 31, 2023 expiration, without Ganassi's prior written consent;

i)   refrain from authorizing the use of Palou's name, signature, voice, likeness, photograph, caricature, image, biographical material, or endorsement of Palou until the Term's December 31, 2023 expiration, without Ganassi's prior written consent;

25

**Confidential Per Access to Court Records Rule 5 -
Not for Public Access**

j) refrain from authorizing or permitting use of the name of Palou, or any derivation thereof, his voice, likeness, marks, or photographs in connection with any advertising, marketing, promotion, publicity or sales activity of any nature or kind until the Term's December 31, 2023 expiration, without Ganassi's prior written approval.

2. Recoverable costs.

3. Any other relief that is just and proper.

Respectfully submitted on July 25, 2022 by counsel for Plaintiff Chip Ganassi Racing, LLC,

/s/ *John R. Maley*
John R. Maley (#14300-89)
Dylan A. Pittman (#32722-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone:         317-236-1313
Fax:               317-231-7433
Email:         jmaley@btlaw.com
               dpittman@btlaw.com

/s/ *James H. Voyles, Jr.*
James H. Voyles, Jr. (#631-49)
VOYLES VAIANA LUKEMEYER BALDWIN & WEBB
One Indiana Square
211 North Pennsylvania Street, Suite 2400
Indianapolis, Indiana 46204
Telephone:         317-632-4463
Fax:               317-631-1199
Email:         jvoyles@voyleslegal.com

**Confidential Per Access to Court Records Rule 5 - Not for Public Access**

## **VERIFICATION**

I, Bruce Kempton, an employee of Chip Ganassi Racing, LLC, do hereby affirm, under the penalties of perjury, that the facts alleged in the foregoing Verified Complaint for Injunctive Relief are true to the best of my information, knowledge, and belief.

*/s/ Bruce Kempton*
Bruce Kempton

27

**Confidential Per Access to Court Records Rule 5 -
Not for Public Access**

## INDIANA COMMERCIAL COURT

| | | |
|---|---|---|
| STATE OF INDIANA | ) | MARION SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION, ROOM NO. 1 |
| COUNTY OF MARION | ) | CAUSE NO. 49D01-2207-PL-_____ |

| | |
|---|---|
| CHIP GANASSI RACING, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALEX PALOU MONTALBO, and | ) |
| ALPA RACING, SL, | ) |
| | ) |
| Defendants. | ) |

# EXHIBIT 1

# Confidential Per Access to Court Records Rule 5 - Not for Public Access

<u>**DRIVER AGREEMENT**</u>

  **THIS AGREEMENT** (the "Driver Agreement"), made and effective as of November 1, 2020, between and among CHIP GANASSI RACING, LLC., ("Team") and ALPA Racing, SL ("ALPA") collectively hereinafter the "Parties."

  **WHEREAS,** Team is in the professional business of developing, testing and racing motor vehicles and the promotional activities associated with those activities; and

  **WHEREAS,** ALPA has the exclusive rights to provide, and contract for, the services and promotional rights of Alex Palou Montalbo, ("Driver"), an experienced professional race car driver; and

  **WHEREAS,** ALPA warrants that neither ALPA nor Driver has entered into any agreement whereby Driver has obligations that would conflict with the obligations contemplated herein, and has not entered into any other agreement whereby the execution of this agreement could cause a breach; and

  **WHEREAS,** Team and ALPA are desirous of establishing a mutually beneficial racing and business relationship for the period hereinafter specified; and

  **WHEREAS,** subject and in addition to the rights and obligations of the Parties established in this Driver Agreement and in the Driver Sponsorship Agreement (the "Driver Sponsorship Agreement") dated as of the date of this Driver Agreement, Team and Driver wish to enter into an agreement whereby Driver will provide to Team certain services and promotional assets upon the terms and conditions set forth herein.

  **NOW, THEREFORE,** in consideration of the mutual covenants and agreements between the Parties, and for other good and valuable consideration the receipt and adequacy of which the Parties hereby acknowledge, the Parties intending to be legally bound, it is hereby agreed as follows:

1.  <u>TERM</u>

  This Driver Agreement becomes effective on November 1, 2020, and terminates on December 31, 2022, provided, however, that the Team shall have the option, exercisable by written notice from Team to ALPA on or before September 1, 2022 to extend this Agreement through December 31, 2023 (the "Term"); unless terminated earlier pursuant to Section 9 and/or Section 10 hereof or by virtue of the other terms and conditions set forth below. Anything to the contrary in the foregoing notwithstanding, Team shall have the right to terminate this Agreement effective December 31, 2021 by written notice to ALPA thereof on or before September 1, 2021. Team shall also have the right to terminate this Agreement effective immediately, upon written notice to ALPA, in the event of (a) any affirmative act of insolvency by Driver, (b) the appointment of any receiver or trustee to take possession of the properties of Driver, (c) a material breach of any material provision hereof or of the Driver Sponsorship Agreement by Driver, which is not cured within fourteen (14) days following ALPA's receipt of written notice from Team identifying the

**Confidential Per Access to Court Records Rule 5 -
Not for Public Access**

provision hereof and/or of the Driver Sponsorship Agreement that were breached and the facts which form the basis of the breach. In addition, should the Driver Sponsorship Agreement expire or be terminated, for any reason, this Agreement shall likewise terminate.  Until September 1, 2022, and, if Team exercises its option to extend the Term through 2023, then until September 1, 2023, Team shall have the exclusive right to negotiate with ALPA for Driver's driving services and promotional rights beginning after the Term, and ALPA and Driver agree that they shall not directly or indirectly negotiate for or make any agreement to provide the professional services of Driver in any motorsports-related capacity after the Term with any third party until after such date. The non-interference provisions of Section 8, the liability release, indemnity, hold-harmless, and other provisions of Section 13, the arbitration arrangement of Section 19, the compensation and expense reimbursement provisions of Section 4 and elsewhere herein, and the confidentiality provisions of Sections 11 and 22 of this Agreement will survive any termination or expiration of this Agreement.



**Confidential Per Access to Court Records Rule 5 - Not for Public Access**

DocuSign Envelope ID: 5DAC16B9-D4D9-4938-9FE4-BF3E5E6B0EB2



3

**Confidential Per Access to Court Records Rule 5 -
Not for Public Access**

DocuSign Envelope ID: 5DAC16B9-D4D9-4938-8EE4-BF3E5E6B0EB2



4

**Confidential Per Access to Court Records Rule 5 - Not for Public Access**

DocuSign Envelope ID: 5DAC16B9-D4D9-4938-9EE4-BF3E5E6B0EB2



**Confidential Per Access to Court Records Rule 5 -
Not for Public Access**



[redacted]

[redacted]

DocuSign Envelope ID: 5DAC16B9-D4D9-4938-8F54-BF3E5E6B0EB2



7

**Confidential Per Access to Court Records Rule 5 -
Not for Public Access**

[redacted]

**Confidential Per Access to Court Records Rule 5 - Not for Public Access**



[redacted]

**Confidential Per Access to Court Records Rule 5 - Not for Public Access**

DocuSign Envelope ID: 5DAC16B9-D4D9-4928-8F54-BF3E5E6B0EB2



10

Confidential Per Access to Court Records Rule 5 -
Not for Public Access

[redacted]

**Confidential Per Access to Court Records Rule 5 - Not for Public Access**



15.    <u>FORCE MAJEURE</u>

The obligations of either or both Parties under this Driver Agreement will be excused during such times as and to the extent that performance is prevented by any occurrence or actions beyond Team's or ALPA's control, including, without limitation, the acts of the elements, riots, fire, war, terrorism, Acts of God, and any ruling, law or regulation of any local, state, federal or national governmental body having jurisdiction over the Parties or subject matter of this Driver Agreement.

16.    <u>ASSIGNMENT AND INJUNCTIVE RELIEF</u>

(A)    Except as heretofore specifically set forth, this Driver Agreement may not be assigned by any party nor shall the obligations of a party hereunder be delegated without the prior written consent of the other party.

(B)    ALPA represents that Driver has exceptional and unique skill and ability and identity as a professional race car Driver; that Driver's services to be rendered hereunder are of a special, unusual and extraordinary character which gives them peculiar value which cannot be reasonably or adequately compensated for in damages at law; and that ALPA's breach of this Driver Agreement will cause the Team great and irreparable injury and damage.  ALPA agrees that, in addition to other remedies, the Team shall be entitled to injunctive and other equitable relief to prevent a breach of this Driver Agreement by ALPA or Driver including, among others, the right to enjoin Driver from race car driving for any other person, entity or organization during the term of this Driver Agreement, unless otherwise agreed to in writing in advance by Team.

(B)    Team represents that it has exceptional and unique skill and ability and identity as a professional race car team; that Team's services to be rendered hereunder are of a special,

**Confidential Per Access to Court Records Rule 5 - Not for Public Access**

unusual and extraordinary character which gives them peculiar value which cannot be reasonably or adequately compensated for in damages at law; and that Team's breach of this Driver Agreement will cause ALPA great and irreparable injury and damage. Team agrees that, in addition to other remedies, ALPA and Driver shall be entitled to injunctive and other equitable relief to prevent a breach of this Driver Agreement by Team including, among others, the right to enjoin Team from fielding the Race Car for any other person to drive during the term of this Driver Agreement, unless otherwise agreed to in writing in advance by ALPA.

17.  <u>BINDING EFFECT AND CONSTRUCTION</u>

This Driver Agreement shall be binding upon and inure to the benefit of the Parties hereto and their respective heirs, administrators, successors and permitted assigns. This Driver Agreement and the Driver Sponsorship Agreement constitute the entire agreement between ALPA and Team and supersedes all prior contracts, agreements and understandings, oral or written, between the Parties hereto with respect to the subject matter hereof; provided, however, that as referred to above, Driver and Team have entered into a separate sponsorship contract which shall also govern the relationship between Driver and Team.

18.  <u>EXCLUSIVITY</u>

The parties agree that this is an exclusive personal services contract and, accordingly, ALPA shall not provide Driver's services for testing, practicing, qualifying or racing in any motor racing activity or related activity other than those specified and/or contemplated in this Agreement for any other person, firm, corporation, or entity during the Term of this Agreement as it may be extended without first securing Team's prior written approval, which shall not be unreasonably withheld, conditioned, or delayed.



13

**Confidential Per Access to Court Records Rule 5 - Not for Public Access**



[redacted]

**Confidential Per Access to Court Records Rule 5 - Not for Public Access**



25. <u>CONTROLLING LAW</u>

This Driver Agreement and any disputes arising hereunder shall be governed by and construed under the laws of the State of Indiana without reference to its principles of conflicts of laws.

26. <u>EXECUTION</u>

This Driver Agreement may be executed via a web-based and widely known electronic signing service, e.g., DocuSign.

**IN WITNESS WHEREOF,** the Parties hereto have set their hands as of the date first written above.

Chip Ganassi Racing, LLC:

By: _____
        *Mike Hull*
        D146B400C6C64A9...

Its: _____
        Managing Director

ALPA Racing SL

By: _____
        *Alex Palou*
        63EB2BA89AF041A...

Its: _____
        Driver

**Confidential Per Access to Court Records Rule 5 - Not for Public Access**

DocuSign Envelope ID: 5DAC16B9-D4D9-4938-8FF4-BF3E5E6B0EB2

## ACKNOWLEDGEMENT OF AGREEMENT

I have read, and I am familiar with all of the terms and conditions of the foregoing driver services agreement. I represent, warrant and agree that I shall render all services, grant all rights and observe all restrictions necessary to enable ALPA Racing SL to comply with its obligations thereunder. For avoidance of doubt, I have read, understand, and expressly grant all rights pertaining to Section 13 hereof, "Assumption of Risk, Indemnity, Hold Harmless, and Waiver of Claims". I shall look solely to ALPA Racing, SL for full payment of any compensation due to me for all services performed by me, for all rights granted by me, and for the discharge of all other obligations of an employer.

_____
Alex Palou Montalbo

**Confidential Per Access to Court Records Rule 5 - Not for Public Access**

## INDIANA COMMERCIAL COURT

| | | |
|---|---|---|
| STATE OF INDIANA | ) | MARION SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION, ROOM NO. 1 |
| COUNTY OF MARION | ) | CAUSE NO. 49D01-2207-PL-_____ |

| | |
|---|---|
| CHIP GANASSI RACING, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALEX PALOU MONTALBO, and | ) |
| ALPA RACING, SL, | ) |
| | ) |
| Defendants. | ) |

# EXHIBIT 2

# Confidential Per Access to Court Records Rule 5 - Not for Public Access

# DRIVER SPONSORSHIP AGREEMENT

**THIS AGREEMENT** (the "Driver Sponsorship Agreement"), made and effective as of November 1, 2020, between and among CHIP GANASSI RACING LLC., ("Team") and ALPA Racing, SL, ("ALPA"), collectively hereinafter the "Parties."

**WHEREAS,** Alex Palou **("**Driver") has granted to ALPA the exclusive right to license the Driver Identification as defined below;

**WHEREAS,** ALPA desires to enter into certain commercial relationships to exploit the name, signature, voice, likeness, photograph, caricature, image, biographical material and endorsement of Driver (collectively, the "Driver Identification"); and

**WHEREAS,** Team and ALPA, desire to enter into an agreement whereby Team will benefit from the use of the Driver Identification, subject to the terms and conditions set forth herein below;

**NOW, THEREFORE,** for and in consideration of the mutual promises, covenants and conditions hereinafter set forth, the Parties mutually agree as follows:

1.   <u>GRANT OF RIGHTS</u>.

Subject to the terms and conditions set forth herein and in that separate Driver Agreement, of even date herewith, by and between Team and ALPA (the "Driver Agreement"), ALPA hereby grants to Team, during the Term (as defined herein), unless otherwise provided herein, the exclusive right and license to use the Driver's Identification worldwide, in a racing context or for Team's sponsors or otherwise as set forth in this Agreement, in connection with the advertisement, marketing and promotion of Team and its sponsors with regard to the 2021, 2022, and 2023 (if Team exercises its option to extend the Term) IndyCar Series seasons (the "Series") for which Driver's services are provided to Team.

Except as provided in this Agreement or the Driver Agreement, ALPA warrants and agrees that they have not authorized, and that during the Term will not authorize, the use of the Driver Identification, nor will Driver render services for or be sponsored by any company, entity and or person, without the prior written consent of Team, which consent shall not be unreasonably withheld. ALPA will not use, or allow the use of, Team or Team sponsor identification without first securing the written approval of Team in advance.

2.   <u>TERM</u>.

As set forth in the Driver Agreement. If the event the Driver Agreement is terminated for any reason, this Agreement shall likewise automatically terminate.

**Confidential Per Access to Court Records Rule 5 -
Not for Public Access**

[redacted]

**Confidential Per Access to Court Records Rule 5 - Not for Public Access**



[redacted]

**Confidential Per Access to Court Records Rule 5 - Not for Public Access**

DocuSign Envelope ID: 5DAC16B9-D4D9-4938-8FE4-BF3E5E6B0EB2



4

**Confidential Per Access to Court Records Rule 5 -
Not for Public Access**

DocuSign Envelope ID: 5DAC16B9-D4D9-4938-9FF4-BF3E5E6B0EB2



5

Confidential Per Access to Court Records Rule 5 -
Not for Public Access

DocuSign Envelope ID: 5DAC16B9-D4D9-4938-8FF4-BF3E5E6B0EB2



6

**Confidential Per Access to Court Records Rule 5 -
Not for Public Access**

Confidential Per Access to Court Records Rule 5 -
Not for Public Access

[redacted]

**Confidential Per Access to Court Records Rule 5 - Not for Public Access**



(B)     This Agreement is an agreement for personal services and shall not be assigned by either party hereto without the prior written consent of the other party.

(C)     The failure by Team or ALPA,  to exercise any right granted hereunder upon the occurrence of any of the contingencies set forth in this Agreement shall not constitute a waiver of such right upon the recurrence of such contingency.

(D)     This Agreement constitutes the entire understanding of the Parties with respect to the subject matter of this Agreement and supersedes all prior agreements other than the Driver Agreement between Driver and Team.  No waiver, modification or addition to this Agreement shall be valid unless in writing and signed by the Parties hereto.

(E)     This Agreement shall be construed in accordance with the laws of the State of Indiana.

(F)     Paragraph headings are for reference purposes only and are not intended to create substantive rights or obligations.

(G)     In the event any provision of this Agreement is determined to be invalid by a court of competent jurisdiction, such determination shall in no way affect the validity or enforceability of any other provision herein.

11.     <u>EXECUTION</u>

9

DocuSign Envelope ID: 5DAC16B9-D4D9-4938-9F54-BF3E5E6B0EB2

This Agreement may be executed via a web-based and well known digital signing service, e.g. DocuSign. Hard copy reproductions of this Agreement, once fully executed, shall be enforceable in a court of law.

**IN WITNESS WHEREOF**, the Parties hereto have executed this Agreement as of the date above written.

CHIP GANASSI RACING, LLC

BY: _____

ITS: _____
Managing Director

ALPA RACING SL

BY: _____

ITS: _____
Driver

10

**Confidential Per Access to Court Records Rule 5 -
Not for Public Access**

## ACKNOWLEDGEMENT OF AGREEMENT

I have read, and I am familiar with all of the terms and conditions of the foregoing Driver Sponsorship Agreement. I represent, warrant and agree that I shall render all services, grant all rights and observe all restrictions necessary to enable ALPA Racing, SL to comply with its obligations thereunder. I shall look solely to ALPA Racing, SL for full payment of any compensation due to me for all services performed by me, for all rights granted by me, and for the discharge of all other obligations of an employer.

ALEX PALOU

DocuSigned by:

*Alex Palou*

63EB2BA89AF041A...

11

**Confidential Per Access to Court Records Rule 5 - Not for Public Access**

## INDIANA COMMERCIAL COURT

| | | |
|---|---|---|
| STATE OF INDIANA | ) | MARION SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION, ROOM NO. 1 |
| COUNTY OF MARION | ) | CAUSE NO. 49D01-2207-PL-_____ |

| | |
|---|---|
| CHIP GANASSI RACING, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALEX PALOU MONTALBO, and | ) |
| ALPA RACING, SL, | ) |
| | ) |
| Defendants. | ) |

# EXHIBIT 3

# Confidential Per Access to Court Records Rule 5 - Not for Public Access



July 11, 2022

Alex Palou Montalbo
C/Queralt, no1 08459
Barcelona, Spain

Via Fedex and Hand Delivery

Re: Extension of Term

Dear Alex:

Reference is made to the Driver Agreement and Driver Sponsorship Agreement in place between ALPA Racing SL and Chip Ganassi Racing, LLC. Each was effective as of November 1, 2020, and each remains in full force and effect today.

Pursuant to Sections 1 and 24 of the Driver Agreement, please accept this letter as notice that Chip Ganassi Racing has exercised its option to extend the Term of Driver Agreement and Driver Sponsorship Agreement through December 31, 2023.

 Thank you and we look forward to continuing our successful relationship, on and off the track.

Sincerely,

Mike Hull
Managing Director

cc: Roger Yasukawa (via email)

7777 Woodland Drive · Indianapolis, IN 46278

# INDIANA COMMERCIAL COURT

| STATE OF INDIANA | ) | MARION SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION, ROOM NO. 1 |
| COUNTY OF MARION | ) | CAUSE NO.  49D01-2207-PL-_____ |

|  |  |
| --- | --- |
| CHIP GANASSI RACING, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALEX PALOU MONTALBO, and | ) |
| ALPA RACING, SL, | ) |
| | ) |
| Defendants. | ) |

# EXHIBIT 4



Case 1:22-cv-01554-RLY-DML Document 1-7 Filed 08/05/22 Page 63 of 73 PageID #: 355

49D01-2207-PL-024895

Filed: 7/25/2022 6:33 PM
Clerk
Marion County, Indiana

Marion Superior Court 1

# INDIANA COMMERCIAL COURT

| | | |
|---|---|---|
| STATE OF INDIANA | ) | MARION SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION, ROOM NO. 1 |
| COUNTY OF MARION | ) | CAUSE NO.  49D01-2207-PL-_____ |

| | |
|---|---|
| CHIP GANASSI RACING, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALEX PALOU MONTALBO, and | ) |
| ALPA RACING, SL, | ) |
| | ) |
| Defendants. | ) |

# EXHIBIT 5

 **McLaren**
@McLarenF1



¡Hola Alex! ES

McLaren Racing welcomes #INDYCAR champion @AlexPalou to its driver roster from 2023, as the team continues to build talent across all of its racing series. 👊

Our full driver line-up across all racing series will be confirmed in due course.

7/12/22, 7:22 PM

# INDIANA COMMERCIAL COURT

| | | |
|---|---|---|
| STATE OF INDIANA | ) | MARION SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION, ROOM NO. 1 |
| COUNTY OF MARION | ) | CAUSE NO.  49D01-2207-PL-_____ |

| | |
|---|---|
| CHIP GANASSI RACING, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALEX PALOU MONTALBO, and | ) |
| ALPA RACING, SL, | ) |
| | ) |
| Defendants. | ) |

# EXHIBIT 6

# Confidential Per Access to Court Records Rule 5 - Not for Public Access

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

<div align="right">

WRITER'S DIRECT DIAL NO.
**(212) 849-7485**

WRITER'S EMAIL ADDRESS
**rachelepstein@quinnemanuel.com**

</div>

July 12, 2022

<u>**VIA EMAIL**</u>

Mike Hull
Chip Ganassi Racing, LLC
8500 Westmoreland Drive
Concord, NC 28207

Re:     <u>Alex Palou</u>

Dear Mr. Hull:

This firm represents Alex Palou ("Mr. Palou") and ALPA Racing SL (collectively with Mr. Palou, "AP") in connection with AP's Driver Agreement and Driver Sponsorship Agreement (collectively "The Agreements") with Chip Ganassi Racing, LLC ("Ganassi"), and in connection with Ganassi's purported July 11, 2022 notice that Ganassi has or will "exercise" an "option" to extend The Agreements until December 31, 2023 without AP's agreement to that extension.



**quinn emanuel urquhart & sullivan, llp**
ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILIC...

**Confidential Per Access to Court Records Rule 5 - Not for Public Access**

However, as Mr. Palou has already indicated, AP hopes that the parties are able to amicably resolve this, and we look forward to discussing this matter with you.

Respectfully,

*/s/ Rachel E. Epstein*

Rachel E. Epstein

CC:   Alex Palou, ALPA Racing SL
      Thomas Werlen, Quinn Emanuel Urquhart & Sullivan (Schweiz) GmbH
      Douglas Duchardt, Chip Ganassi Racing, LLC

2

**Confidential Per Access to Court Records Rule 5 -
Not for Public Access**

# INDIANA COMMERCIAL COURT

| | | |
|---|---|---|
| STATE OF INDIANA | ) | MARION SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION, ROOM NO. 1 |
| COUNTY OF MARION | ) | CAUSE NO. 49D01-2207-PL-_____ |

| | |
|---|---|
| CHIP GANASSI RACING, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALEX PALOU MONTALBO, and | ) |
| ALPA RACING, SL, | ) |
| | ) |
| Defendants. | ) |

# EXHIBIT 7



# INDYCAR CHAMPION ALEX PALOU TO JOIN McLAREN RACING IN 2023

"I'm extremely excited to join the driver roster for such an iconic team as McLaren"

00:20
13.07.22

McLaren Racing has signed champion driver Alex Palou to race for McLaren starting in 2023.

Alongside his racing duties next year, Palou will also test with the McLaren F1 Team as part of its 2021 MCL35M F1 car testing programme with fellow drivers Pato O'Ward and Colton Herta.

Palou, 25-years-old from Barcelona, Spain, won three races and scored eight podiums in 2021 on his way to winning the title in just his second year in INDYCAR.

Palou became the first Spanish driver to win the NTT INDYCAR SERIES championship when he claimed last year's title. His motorsport resume also includes an impressive season in Super Formula in 2019, where he secured a win and finished third in the championship.

Palou will join McLaren following the conclusion of his 2022 INDYCAR season. McLaren Racing will confirm its full driver line-ups across all of its racing series in due course.

**Alex Palou, said:**

"I'm extremely excited to join the driver roster for such an iconic team as McLaren. I'm excited to be able to show what I can do behind the wheel of a Formula 1 car and looking at what doors that may open. I want to thank everyone at Chip Ganassi Racing for everything they

have done for me.

**Zak Brown, CEO, McLaren Racing, said:**

"We have always said that we want the best talent at McLaren, and it's exciting to be able to include Alex on that list. I'm also looking forward to seeing him get behind the wheel of a Formula 1 car as part of our Testing of Previous Cars (TPC) programme alongside Pato O'Ward and Colton Herta as we continue to build our driver talent. Alex is an incredibly talented driver who has won in every series he has raced in, and I'm happy to welcome him to the McLaren family."

### LTON TO TEST THE MCL35M

22-year-old American will take part in our Testing of Previous Cars (TPC) programme

) MORE (/RACING/TEAM/COLTON-HERTA-TEST-MCLAREN-FORMULA-1-TEAM-PORTIMAO/)

**Join the team**

McLaren Plus is our free-to-join fan loyalty programme, bringing McLaren fans closer to the team with the most inclusive, rewarding and open-to-all fan programmes in motorsport.

Sign up now, or current members can amend their details in the form below if necessary.

**Already registered? Please enter your email address below to check your details.**

Email*    [                    ]

    Submit

**If not, sign up to McLaren Plus**

First Name*    [                    ]

Last Name*    [                    ]

Email*    [                    ]

Gender*    [ Not specified            ▾ ]

Country*    [ United Kingdom           ▾ ]

Date of Birth* | Day ▾ | Month ▾ | Year ▾

McLaren

Don't miss out! We want you to be the first to know about competitions, news, offers and much more. By selecting the below boxes, you agree to the McLaren Plus privacy policy (https://www.mclaren.com/racing/inside-the-mtc/mclaren-plus-privacy-policy/).

☐ *Email

Stay up to date with all the latest McLaren Racing news.

☐ Formula 1

☐ INDYCAR

☐ Extreme E

☐ esports

Submit

---

OUR PARTNERS



OKX (https://www.mclaren.com/racing/partners/okx/)

A BETTER TOMORROW™ (https://www.mclaren.com/racing/partners/british-american-tobacco/)

DELL Technologies (https://www.mclaren.com/racing/partners/dell-technologies/)

DARKTRACE (https://www.mclaren.com/racing/partners/darktrace/)

ARROW (https://www.mclaren.com/racing/partners/arrow-electronics/)

ʦ Tezos (https://www.mclaren.com/racing/partners/tezos/)

Goldman Sachs (https://www.mclaren.com/racing/partners/goldman-sachs/)

android 🤖 (https://www.mclaren.com/racing/partners/android/)

webex by CISCO (https://www.mclaren.com/racing/partners/cisco-webex/)

 (https://www.mclaren.com/racing/partners/unilever/)

splunk> (https://www.mclaren.com/racing/partners/splunk/)

Stanley Black & Decker (https://www.mclaren.com/racing/partners/stanley-black-decker/)

chrome (https://www.mclaren.com/racing/partners/chrome/)

alteryx (https://www.mclaren.com/racing/partners/alteryx/)

cadence (https://www.mclaren.com/racing/partners/cadence/)

 smartsheet (https://www.mclaren.com/racing/partners/smartsheet/)

DataRobot (https://www.mclaren.com/racing/partners/datarobot/)

gopuff (https://www.mclaren.com/racing/partners/gopuff/)

Coca-Cola (https://www.mclaren.com/racing/partners/coca-cola/)

FxPro (https://www.mclaren.com/racing/partners/fxpro/)

RICHARD MILLE (https://www.mclaren.com/racing/partners/richard-mille/)

Hilton (https://www.mclaren.com/racing/partners/Hilton/)

PARTY RESPONSIBLY (https://www.mclaren.com/racing/partners/partyresponsibly/)

 (https://www.mclaren.com/racing/partners/cnbc/)

Gulf (https://www.mclaren.com/racing/partners/gulf-oil-ltd/)

Medallia (https://www.mclaren.com/racing/partners/medallia/)

vmware (https://www.mclaren.com/racing/partners/vmware/)

castore (https://www.mclaren.com/racing/partners/castore/)

easypost. (https://www.mclaren.com/racing/partners/easypost/)

FREE FIRE (https://www.mclaren.com/racing/partners/free-fire/)

IMMERSIVELABS (https://www.mclaren.com/racing/partners/immersive-labs/)

Klipsch (https://www.mclaren.com/racing/partners/klipsch/)

TUMI (https://www.mclaren.com/racing/partners/tumi/)

Deloitte. (https://www.mclaren.com/racing/partners/deloitte/)

sikkens AkzoNobel (https://www.mclaren.com/racing/partners/AkzoNobel-Sikkens/)

We're supporting mind (https://www.mclaren.com/racing/partners/mind/)

sparco (https://www.mclaren.com/racing/partners/Sparco/)

logitech G (https://www.mclaren.com/racing/partners/logitech-g/)

SunGod. (https://www.mclaren.com/racing/partners/sungod/)

FAI Aviation Group (https://www.mclaren.com/racing/partners/fai-aviation-group/)

ashurst (https://www.mclaren.com/racing/partners/ashurst/)

Pirelli (https://www.mclaren.com/racing/partners/Pirelli/)

Mazak MACHINE TOOLS (https://www.mclaren.com/racing/partners/Mazak/)

stratasys (https://www.mclaren.com/racing/partners/stratasys/)

KAUST (https://www.mclaren.com/racing/partners/kaust/)

TECHNOGYM (https://www.mclaren.com/racing/partners/technogym/)

hookit (https://www.mclaren.com/racing/partners/hookit/)

NEOM (https://www.mclaren.com/racing/partners/neom/)

Merchants FLEET (https://www.mclaren.com/racing/partners/merchants-fleet/)

ALIENWARE (https://www.mclaren.com/racing/partners/alienware/)

VELOCE ESPORTS (https://www.mclaren.com/racing/partners/veloce-esports/)

NEW ERA (https://www.mclaren.com/racing/partners/new-era/)

sparco gaming (https://www.mclaren.com/racing/partners/sparco-gaming/)

Ultimotive GROUP (https://www.mclaren.com/racing/partners/ultimotive/)

L'AMY LUXE (https://www.mclaren.com/racing/partners/lamy-luxe/)

vantage (https://www.mclaren.com/racing/partners/vantage/)

ice (https://www.mclaren.com/racing/partners/ice/)

All Partners (/racing/partners/)

(https://www.mclaren.com/racing/)

ARROW MCLAREN SP (HTTPS://ARROWMCLARENSP.COM/)

CONTACT US (/RACING/INFO/#CONTACT)

MEDIA CENTRE (HTTPS://WWW.MCLARENMEDIACENTRE.COM/ACCOUNTS/LOGIN/)

McLAREN GROUP CSR (HTTPS://WWW.MCLAREN.COM/GROUP/ABOUT/CORPORATE-SOCIAL-RESPONSIBILITY/)

SUSTAINABILITY (/RACING/SUSTAINABILITY/)

INVESTORS (HTTPS://INVESTORS.MCLAREN.COM/)

POLICIES (/RACING/INFO/#POLICIES)

PRIVACY (HTTPS://WWW.MCLAREN.COM/GROUP/PRIVACY/)

COOKIES* (HTTPS://WWW.MCLAREN.COM/GROUP/ABOUT/COOKIE-POLICY/)

JOBS (HTTPS://RACINGCAREERS.MCLAREN.COM/)

BLOG (/RACING/BLOG/)

DOWNLOADS (/RACING/DOWNLOADS/)

COMMUNITY CODE (/RACING/TEAM/MCLAREN-RACING-SOCIAL-MEDIA-COMMUNITY-CODE/)

ANTI-SLAVERY STATEMENT (HTTPS://STATIC-CDN.MCLAREN.COM/STATIC/PDF/ANTI-SLAVERY-STATEMENT.PDF)

(https://twitter.com/McLarenF1?
utm_source=mclaren.com&utm_medium=social&utm_campaign=5thdriver
)

(http://www.facebook.com/McLaren.Racing?
utm_source=mclaren.com&utm_medium=social&utm_campaign=facebook)

(http://instagram.com/mclaren/)

(https://uk.pinterest.com/McLarenRacing/)

(https://www.linkedin.com/company/mclaren-racing-ltd)

(https://giphy.com/McLarenRacing)

(https://www.youtube.com/user/OfficialMcLarenVids?
utm_source=mclaren.com&utm_medium=social&utm_campaign=youtubechannel)

English ∨

McLaren © 2022