# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| CHIP GANASSI RACING, LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 1:22-cv-1514-RLY-DML ) |
| ALEX PALOU MONTALBO and ALPA RACING, SL, | ) ) ) |
| Defendants. | ) |

**ORDER ON DEFENDANTS' MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**

This matter came before the Court on Defendant's July 29, 2022 Motion to Maintain Document Under Seal [ECF8]. The Court, having reviewed the Motion and Plaintiff's Response Brief, and being duly advised, hereby **GRANTS IN PART** the Motion, and **ORDERS** as follows: that unredacted versions of the State Court Record [ECF6] and the Operative Complaint [ECF7], which Defendants tendered contemporaneously with their removal filings and which contain confidential information relating to the parties' confidential contractual relationship, will be maintained under seal; and that the redacted versions of ECF6 and ECF7, which Plaintiff filed publicly simultaneously with its Response Brief, will remain publicly accessible.

_____
DATE

Service will be made electronically on all ECF-registered counsel of record *via* email generated by the Court's ECF system.