## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| CHIP GANASSI RACING, LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 1:22-cv-1514-RLY-DML ) |
| ALEX PALOU MONTALBO and ALPA RACING, SL, | ) ) ) |
| Defendants. | ) ) |

### PLAINTIFF'S VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff dismisses this action with prejudice.

Respectfully submitted by counsel for Plaintiff Chip Ganassi Racing, LLC.

| | |
|---|---|
| */s/ John R. Maley* | */s/ James H. Voyles, Jr.* |
| John R. Maley (#14300-89) | James H. Voyles, Jr. (#631-49) |
| Dylan A. Pittman (#32722-49) | VOYLES VAIANA LUKEMEYER BALDWIN & WEBB |
| BARNES & THORNBURG LLP | One Indiana Square |
| 11 South Meridian Street | 211 North Pennsylvania Street, Suite 2400 |
| Indianapolis, Indiana 46204 | Indianapolis, Indiana 46204 |
| Telephone: 317-236-1313 | Telephone: 317-632-4463 |
| Fax: 317-231-7433 | Fax: 317-631-1199 |
| Email: jmaley@btlaw.com | Email: jvoyles@voyleslegal.com |
| dpittman@btlaw.com | |