UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CHIP GANASSI RACING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-01514-RLY-DML |
| | ) | |
| ALEX PALOU MONTALBO, | ) | |
| ALPA RACING, SL, | ) | |
| | ) | |
| Defendants. | ) | |

## Order on Motion to Seal (Dkt. 8)

The court GRANTS the defendants' motion (Dkt. 8) to seal.  The plaintiff has

filed a notice of dismissal with prejudice and seeks to maintain certain information

under seal.  None of the information filed under sealed underlies any decision by the

court.  The court has not addressed any disputed matter and will not be doing so in

light of the dismissal at this early juncture.  Because no party is seeking to seal

information that underlies or has informed a ruling by the court or has the

possibility to do so, the court may more liberally allow sensitive information to be

sealed.  *See Bond v. Utreras,* 585 F.3d 1061, 1075 (7th Cir. 2009) (materials that

"influence or underpin" a decision by the court are presumptively open to public

inspection).  The court accepts plaintiff's representations regarding the continued

commercial sensitivity of certain information revealed in its complaint and

accompanying exhibits and the plaintiff's acknowledgment that other information

within the documents should not be sealed.

The Clerk is directed to MAINTAIN UNDER SEAL the documents at Dkt. 6 (State Court Record) and Dkt. 7 (Operative Complaint with exhibits).  The court notes that redacted versions have been filed at Dkts. 34-1 and 34-2.

So ORDERED.

Dated:  October 4, 2022

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system